UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
COURT FILE NO.: 1:16CV-04029-GLR

| | |
|---|---|
| Robert E. Arndt, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff,<br>v.<br><br>Fay Servicing, LLC<br>c/o<br>Registered Agent Solutions, Inc.<br>Unit b, 2ND Floor<br>836 Park Avenue<br>Baltimore, MD 21201<br>　　　　　　　Defendant | **AMENDED STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendant herein by and through his attorney, that the above-entitled action against Defendant shall be and hereby is dismissed, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal may be entered in the above-entitled action pursuant hereto.

Dated: March 7, 2017

Respectfully submitted,

**ROBERT N. GROSSBART**
By: /s/ Robert N. Grossbart
Robert N. Grossbart, Esquire
Attorney I.D.#04116
1 North Charles Street, Suite 1214
Baltimore, MD 21201
Telephone: (410 )837-0590
Facsimile: (410) 837-0085
Robert@grossbartlaw.com.

**ATTORNEY FOR PLAINTIFF**

APPROVED THIS 13th DAY OF MARCH 2017

_/s/ George L. Russell III_
GEORGE L. RUSSELL, III. U.S.D.J.